# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TMH MEDICAL SERVICES, LLC,**

        **Plaintiff,**

**v.**                                             **Case No:  6:17-cv-920-Orl-37DCI**

**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court for consideration without oral argument on the following motion:

| |
|---|
| **MOTION:**    **MOTION FOR PROTECTIVE ORDER (Doc. 74)** |
| **FILED:**      **April 24, 2018** |
| _____ |
| **THEREON** it is **ORDERED** that the motion is **GRANTED in part, and ruling is DEFERRED in part pending the hearing set for April 30, 2018**. |

On April 24, 2018, Defendant filed a Motion for Protective Order seeking to prohibit Plaintiff from taking the deposition of W. Todd Boyd, Esq.  Doc. 74.  In the Motion, Defendant asserted substantive bases for the protective order, as well as a procedural basis.  *Id*.  As to the latter, Defendant asserted that Plaintiff failed to comply with Local Rule 3.02 by providing less than 14 days' notice in writing of the deposition.  *Id*.  In support, Defendant attached Plaintiff's notice of deposition and subpoena – both dated April 20, 2018 for a May 1, 2018 deposition date. Doc. 74-1.  Thus, it appears plain that Plaintiff noticed the deposition in violation of Local Rule 3.02.  The Court notes that the discovery deadline in this case is May 1, 2018 (Doc. 23), but there

remains pending a partially unopposed, and then withdrawn, motion to extend the discovery deadline.  Doc. 55.  There are also other pending discovery motions.  The Court has set a hearing to occur on April 30, 2018 concerning the pending motions.

Thus, upon due consideration, and given the patent violation of Local Rule 3.02, the Court finds that the Motion for Protective Order is due to be granted to the extent that the noticed deposition shall not occur on or before May 4, 2018, and could only occur thereafter if the discovery deadline is extended in this case.

Accordingly, it is **ORDERED** that the Motion for Protective Order (Doc. 74) is **GRANTED in part** to the extent that Mr. Boyd need not appear at the May 1, 2018 deposition. The Court will **DEFER ruling** on the substantive arguments within the Motion for Protective Order, pending the April 30, 2018 hearing in this case.  **On or before April 27, 2018, Plaintiff shall respond to the Motion for Protective Order** (Doc. 74).

**DONE AND ORDERED** in Orlando, Florida on April 24, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -