IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

CASE NO.: 6:17-cv-920-ORL-31DCI

TMH MEDICAL SERVICES, LLC,
Plaintiff,

V.

NATIONAL FIRE INSURANCE COMPANY
OF PITTSBURG, PA,
Defendants.

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S OPPOSITION TO FIRST MOTION TO COMPEL DISCOVERY WITH REQUEST FOR FEES & COSTS

Plaintiff, TMH Medical Services, LLC ("TMH"), pursuant to Local Rule 3.01(c), respectfully moves for leave to file a Reply to the Response in Opposition of Defendant, National Fire Insurance Company of Pittsburg, PA ("NUFIC"), to TMH's First Motion to Compel Discovery with Request for Fees & Costs. (Docs. 62, 82).

On April 26, 2018, Carly Newman, counsel for TMH, conferred with Gary Guzzi, counsel for NUFIC, who stated that NUFIC has no objection to the filing of a Reply and requested time extension to do so. M.D.L.R. 3.01(g).

1. On April 8, 2018, TMH filed its First Motion to Compel Discovery with Request for Fees & Costs ("Motion"). (Doc. 62).

2. On April 25, 2018, NUFIC served its Response in Opposition to TMH's Motion. (Doc. 82).

1

3. This week, NUFIC served the following: a supplemental production from non-party Zaritsky/Platinum on April 20, 2018; a privilege log on April 23, 2018 listing, <u>inter</u> <u>alia</u>, correspondence between attorney for non-party Platinum (Zaritsky) and Guzzi; an incomplete copy of the Umbrella Policy (received for the first time from NUFIC on April 24, 2018); copies of two (2) invoices NUFIC received from Zaritsky and payment therefore, in excess of $18,000 sent to undersigned on April 24 and April 25, 2018.

4. TMH's Motion, along with other discovery matters, is presently set for hearing on Monday, April 30, 2018. (Docs. 75, 81)

5. Given the above recent developments and NUFIC's Response, TMH requests leave to file a Reply no longer than five (5) pages to address them in advance of the hearing.

6. TMH should be allowed to file a Reply to arguments and facts not addressed in the Motion, and, in this case, NUFIC does not oppose TMH being permitted to do so.

7. TMH respectfully seeks a deadline of April 27, 2018 to file its Reply.

**MEMORANDUM OF LAW**

Pursuant to Local Rule 3.01 (c), TMH seeks leave to file a Reply to address NUFIC's facts and argument, which went beyond the scope of the Motion. "The purpose of a reply brief is to address any new law or facts contained in the opposition's response to a request for relief before the Court." <u>In re Fiddlers Creek LLC v. Naples Lending Group,</u> LC, No. 2:14-cv-379-FtM-29CM, 2015 WL 4470093 at *2 (M.D. Fla. July 21, 2015) (quoting <u>Tardif v. People for the Ethical Treatment of Animals</u>, No. 2:09-cv-537-FtM-29SPC, 2011 WL 2729145 at *1, n. 3 (M.D. Fla. July 13, 2011); <u>see</u> <u>also</u> <u>Montgomery Bank, N.A. v. Alico Road Bus. Park, LP</u>, No. 2:13-cv-802, 2014 WL 3828406 at *3 (M.D. Fla. August 4, 2014) (granting motion to file reply where new arguments and law raised in response). A reply is appropriate to address new arguments and facts

made in a response to assist the Court in resolving the underlying motion. See <u>In re Fiddlers</u>, at *2. A reply in this case would be appropriate to address issues raised in NUFIC's opposition that were not raised in TMH's Motion.

TMH respectfully requests an Order permitting the filing of a Reply of five (5) pages on or before April 27, 2018.

## CERTIFICATE OF SERVICE

I certify that on April 26, 2018 I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to counsel of record.

Respectfully submitted,

<u>s/Rosemary Hayes</u>
Rosemary Hanna Hayes
Florida Bar no. 549509
Carly Marie Newman
Florida Bar no. 099419
rhayes@const-law.com
cnewman@const-law.com
cstone@const-law.com (paralegal)
HAYES LAW, PL
830 Lucerne Terrace
Orlando, FL 32801
Tel. 407.649.9974
Fax 407.649.9379

**ATTORNEYS FOR PLAINTIFF**