# EXHIBIT "1"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.  6:17-CV-920-ORL-31DCI

TMH MEDICAL SERVICES, LLC,

       Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, Pa.,

       Defendant.
_____/

**PROPOSAL FOR SETTLEMENT TO PLAINTIFF FROM DEFENDANT**

    Pursuant to Fla. Stat. § 768.79, Defendant, National Union Fire Insurance Company of Pittsburgh, Pa., hereby serves its Proposal for Settlement, as follows:

    1.    Defendant, National Union Fire Insurance Company of Pittsburgh, Pa., makes this Proposal to Plaintiff, TMH Medical Services, LLC.

    2.    This Proposal attempts to fully and finally resolve all damages that would otherwise be awarded in a final judgment in this action against National Union Fire Insurance Company of Pittsburgh, Pa.

    3.    The total amount of the proposal is TWO HUNDRED FIFTY THOUSAND DOLLARS AND ZERO CENTS ($250,000.00), to be paid within twenty (20) days of the acceptance of this Proposal and receipt from the payee(s) of the settlement check of a completed IRS W-9 form.

    4.    The Proposal includes any attorneys' fees to which Plaintiff may be entitled as a result of Plaintiff's claim(s) against National Union Fire Insurance Company of Pittsburgh, Pa.

44986437;1

Attorneys' fees form a part of Plaintiff's legal claim(s) against National Union Fire Insurance Company of Pittsburgh, Pa., and such attorneys' fees are included within this Proposal.

5. As a condition of acceptance of this Proposal, Plaintiff must agree to dismiss with prejudice all claims in the lawsuit against National Union Fire Insurance Company of Pittsburgh, Pa.

6. In accordance with Fla. Stat. § 768.79(3), this Proposal is being served on Plaintiff but shall not be filed unless it is accepted or unless filing is necessary to enforce the provisions of § 768.79.

7. No portion of the amount in Paragraph 3 is being offered to resolve any claim for punitive damages, as there currently is no pending claim for punitive damages. In the event that Plaintiff is permitted to assert a claim for punitive damages, the dismissal of this action would also include a dismissal with prejudice of all punitive damages claims against National Union Fire Insurance Company of Pittsburgh, Pa.

8. There are no non-monetary terms of the Proposal other than those stated above.

Respectfully submitted,

**AKERMAN LLP**
Attorneys for Defendant
98 Southeast 7th Street, Suite 1100
Miami, FL  33131
Phone: (305) 374-5600
Fax: (305) 374-5095

By:   s/ Gary J. Guzzi
      GARY J. GUZZI
      Florida Bar No.: 159440
      e-mail: gary.guzzi@akerman.com
      GIDEON REITBLAT
      Florida Bar No.: 36388
      e-mail: gideon.reitblat@akerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of April, 2018, a copy of the foregoing was served **via e-mail** upon the following: **Rosemary H. Hayes, Esq. and Carly Newman, Esq.** (rhayes@const-law.com, cnewman@const-law.com, and cstone@const-law.com), Hayes Law, PL, 830 Lucerne Terrace, Orlando, FL 32801.

                          s/ Gary J. Guzzi
                     Attorney