# EXHIBIT "3"

# akerman

People



# Gary J. Guzzi

Chair, Insurance Litigation Practice
Miami

T: +1 305 374 5600
gary.guzzi@akerman.com
vCard

Gary Guzzi serves as chair of Akerman's Insurance Litigation Practice, a national team of 45 lawyers representing leading domestic and foreign carriers, self-insured corporations, municipalities, and related entities in insurance coverage and bad faith litigation. He protects the interests of national and international insurance carriers in bad faith disputes, coverage claims, rescissions and ERISA-governed policies.

With comprehensive experience in insurance disputes, Gary litigates life, disability, commercial general liability, directors and officers, errors and omissions, homeowner, business interruption, and auto claims. His bad faith experience includes both first-party claims such as wrongful denial, delay, improper appraisal invocation, and lowballing, as well as third-party claims such as failure to tender limits, failure to proactively negotiate, and improper settlement communications.

Gary also represents carriers in litigation pertaining to carriers' rescissions of policies, including misrepresentations in applications, failure to update applications, and Stranger-Owned Life Insurance. Gary litigates cases involving life, disability, and similar policies governed by ERISA, including claims for breach of fiduciary duty and claims for benefits. Additionally, Gary advises carriers on proper techniques for claim handling, rescissions, and other aspects of carriers' businesses.

## Notable Work

**Bad Faith Claims**: Represented a carrier in an automobile bad faith claim alleging that the carrier failed to obtain proper settlement documentation and failed to properly communicate with the insured as part of the settlement demand to resolve a wrongful death liability claim. Obtained summary judgment.

**Coverage Dispute**: Represented an auto insurance carrier in a state court jury trial regarding the insured's compliance with post-loss policy obligations. Obtained defense verdict.

**ERISA Litigation**: Represented numerous carriers regarding life, disability and similar policies in ERISA benefits dispute lawsuits.

**Rescission**: Represented a carrier in the rescission of a life insurance policy due to material misrepresentations of the insured's health history. Obtained summary judgment.

## Related Professional Experience

- Digital Equipment Corp., Financial Analyst

### Areas of Experience

Insurance Litigation
Litigation
Employee Benefits and ERISA Litigation
Directors and Officers (D&O) Liability
Financial Services

### Education

J.D., Boston College Law School, 1998, magna cum laude
B.S., Boston College, 1992, summa cum laude

### Admissions

Bars
Florida
Massachusetts

Courts
U.S. Court of Appeals, Eleventh Circuit
U.S. District Court, Northern District of Florida
U.S. District Court, Middle District of Florida
U.S. District Court, Southern District of Florida

### Related Content

Record Number of Akerman Lawyers Across the United States Named to *The Best Lawyers in America* 2019 Guide
August 21, 2018

Resource Center: Hurricanes Harvey, Irma, and Maria
September 20, 2017

Record Number of Akerman Lawyers Across the United States Named to *The Best Lawyers in America* 2018 Guide
August 15, 2017

## Affiliations

- The Florida Bar, Member
- Defense Research Institute, Member

## Honors and Distinctions

- *The Best Lawyers in America* 2013-2019, Listed in Florida for Insurance Law
- *South Florida Legal Guide* 2008-2012, Recognized as an "Up and Comer" for Insurance and Commercial Litigation; 2013, Listed for Insurance Litigation; 2014-2015 Recognized as a "Top Lawyer" for Insurance, Corporate, and Business Litigation

# akerman

People



## Gideon Reitblat

Partner, Insurance Litigation
Miami

T: +1 305 982 5620
gideon.reitblat@akerman.com
vCard

Connect With Me

Gideon Reitblat focuses his practice on representing insurance carriers in coverage and bad faith disputes. Gideon routinely advises carriers on coverage issues, including additional insured and indemnity provisions, duty to defend, reservation of rights, trigger and allocation of coverage, application of SIRs and deductibles. Gideon has defended complex coverage and bad faith actions relating to coverage for product defects, primary vs. excess carrier obligations, and first-party damage. Gideon has also advised clients regarding application of various terms and exclusions commonly found in CGL, automobile, aviation, and homeowners' policies. Gideon's practice includes litigation of ERISA benefit claims.

Having defended a variety of common law and statutory bad faith cases, Gideon is seasoned at resolving claim handling issues arising under Florida law. He assists carriers with handling proactive tenders, time limit demands, multiple claimant/multiple insured scenarios, wrongful coverage denials, and complex matters arising under Florida's Claim Administration Statute and the Adjuster Ethics Code.

### Notable Work

**Bad Faith Insurance Litigation:** Represented an insurance company in obtaining a favorable choice of law ruling in a bad faith claim stemming from underlying tort and coverage cases litigated in a number of states. *MI Windows & Doors, LLC v. Liberty Mutual Fire Insurance Company*, 88 F. Supp. 3d 1326 (M.D. Fla. Feb. 20, 2015)

**ERISA:** Represented an insurance company in obtaining a final judgment in favor of the carrier in an ERISA disability claim. *Walker-Hall v. American International Life Assurance Company of New York*, 788 F. Supp.2d 1355 (M.D. Fla. 2011)

**Insurance Coverage:** Represented an insurance company in securing the dismissal of an intentional infliction of emotional distress claim filed against the carrier stemming from a contentious coverage dispute. *Delfrate v. Liberty Mutual Fire Insurance Company*, 727 F.Supp. 2d 1307 (M.D.Fla. 2010)

### Affiliations

- National Center for Refugee & Immigrant Children
- Put Something Back Pro Bono Project, German Ghetto Work Payment Program Clinic
- Russian American Bar Association of South Florida, Founding Member
- The Friendship Circle of Miami Beach and North Dade

### Areas of Experience

Insurance Litigation
Financial Services
Class Action Defense
Employee Benefits and ERISA Litigation
Litigation

### Education

LL.M., University of Connecticut School of Law, Insurance Law, 2006

J.D., Boston University School of Law, 2005, *Annual Review of Banking and Financial Law*, Note and Comment Editor, 2004-2005

B.A., Brandeis University, Economics and Computer Science, 2000

### Admissions

#### Bars

Connecticut
Florida
New York

#### Courts

U.S. Court of Appeals, Eleventh Circuit
U.S. District Court, Middle District of Florida
U.S. District Court, Southern District of Florida
U.S. District Court, Northern District of Florida

### Languages

Russian

### Related Content

Resource Center: Hurricanes Harvey, Irma, and Maria
September 20, 2017

# akerman

People



## Corey D. Berkin

Associate, Litigation
Miami

T: +1 305 374 5600
corey.berkin@akerman.com
vCard

Connect With Me

Corey Berkin focuses his practice on civil and criminal litigation handled in both state and federal courts. Corey represents national and local businesses and institutions in diverse litigation matters with an emphasis on insurance coverage and bad faith defense, premises liability litigation, and commercial litigation.

While in law school, Corey served as executive editor of the *Northwestern Journal of Technology and Intellectual Property*.

### Notable Work

**Breach of Contract:** Assisted in the representation of an international hotel chain on a breach of contract action, ultimately obtaining dismissal with prejudice.

**Breach of Contract and Indemnity:** Assisted in the representation of professional sports team and stadium in slip and fall lawsuit and in breach of contract and indemnity action.

**Bad Faith Dispute:** Assisted in the representation of commercial general liability insurer in bad faith dispute arising from the handling of underlying construction defect coverage action.

**Writ of Garnishment:** Assisted in the representation of garnishee in challenge to writ of garnishment action.

**Premises Liability:** Assisted in the representation of international hotel chains on numerous premises liability defense matters involving allegations of false imprisonment, slip and falls, and negligence.

### Related Professional Experience

- Judicial Intern to the Honorable Barry S. Seltzer, Chief United States Magistrate Judge, United States District Court for the Southern District of Florida, Summer 2013
- Student Attorney, Bluhm Legal Clinic: Civil Litigation Center, Northwestern University School of Law, Fall 2014 – Spring 2015

### Affiliations

- The Florida Bar, Member
- Greater Miami Jewish Federation, Member
- Northwestern Law Alumni Association, Miami Alumni Club, Member

### Areas of Experience

Litigation

### Education

J.D., Northwestern University School of Law, 2015, cum laude, Northwestern Journal of Technology and Intellectual Property, Executive Editor

B.A., University of Florida, Criminology, 2011, cum laude, Phi Beta Kappa

### Admissions

**Bars**
Florida

**Courts**
U.S. District Court, Southern District of Florida
U.S. District Court, Northern District of Florida

# akerman

People



## Victoria Samuels

Associate, Litigation
Miami

T: +1 305 374 5600
victoria.samuels@akerman.com
vCard

Connect With Me

Victoria Samuels focuses her practice on commercial litigation disputes. Victoria represents clients across several industries including insurance and healthcare.

## Related Professional Experience

- Legal Intern, Miami-Dade State Attorney's Office, 2015
- Judicial Intern, The Honorable Darrin P. Gayles, United States District Court for the Southern District of Florida, 2014

### Areas of Experience

Litigation

### Education

J.D., University of Miami School of Law, 2016
B.A., Howard University, Journalism, 2013

### Admissions

**Bars**
Florida

**Courts**
U.S. District Court, Southern District of Florida