IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:17-CV-920-ORL-31DCI

TMH MEDICAL SERVICES, LLC,

      Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, Pa.,

      Defendant.
_____/

## NATIONAL UNION'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES AND COSTS

Defendant, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), by and through its undersigned counsel, and pursuant to Local Rule 3.01(c) and (d), hereby files its motion for leave to file reply brief in support of its Motion for Attorneys' Fees and Costs (Doc. 155), and in support thereof, states as follows.

1. This case involves a dispute as to insurance coverage under a National Union insurance policy. The Court granted National Union's motion for summary judgment and denied Plaintiff's motion for summary judgment, and entered judgment in favor of National Union.

2. National Union filed a motion for attorneys' fees and costs based upon a statutory proposal for settlement under Fla. Stat. § 768.79 that Plaintiff did not accept. (Doc. 155.) On November 29, 2018, Plaintiff filed its response in opposition to the motion. (Doc. 158.)

3. The response centers on three issues: (1) whether National Union is entitled to an award of fees based upon the proposal for settlement; (2) whether Plaintiff is entitled to

additional billing documentation beyond the detailed time entry invoices attached the motion for fees; and (3) whether the fees and costs are reasonable or otherwise not recoverable.

4. National Union herein seeks leave to file a reply brief in support of its Motion for Attorneys' Fees and Costs. While National Union addressed some of the issues raised in Plaintiff's response to the motion, there are a number of new arguments by Plaintiff for which National Union believes additional briefing would be helpful, such as whether the proposal for settlement was ambiguous; whether Plaintiff is entitled to billing records that pre-date the proposal for settlement even though National Union is not seeking recovery for that time period; whether Plaintiff is entitled to the substance of attorney-client communications contained in the time entries for which National Union is seeking recovery; what specific examples of supposedly unreasonable time pointed out by Plaintiff are recoverable; and what specific examples of costs pointed out by Plaintiff are recoverable.

5. National Union has filed a motion to bifurcate the issue of entitlement of fees from the issue of the amount of the fees (Doc. 160). In the event that the Court grants that motion, then the reply brief would need to address only the entitlement to fees, along with the arguments regarding the Bill of Costs, without need to address the amount of attorneys' fees or costs not subsumed within the Bill of Costs.

6. National Union estimates that any such reply brief would not exceed eight (8) pages (and less if the motion to bifurcate is granted).

**WHEREFORE,** National Union respectfully requests that this Court enter an order granting National Union leave to file a reply memorandum in support of its Motion for Attorneys' Fees and Costs.

## CERTIFICATE OF RULE 3.01(g) CONFERENCE

Undersigned counsel certifies that he has conferred with TMH's counsel in a good faith effort to reach an agreement regarding the relief requested herein, but that no agreement could be reached.

    Respectfully submitted,

    **AKERMAN LLP**
    Attorneys for Defendant
    Three Brickell City Centre
    98 Southeast 7th Street, Suite 1100
    Miami, FL  33131
    Phone: (305) 374-5600
    Fax: (305) 374-5095

    By:   s/ Gary J. Guzzi
        GARY J. GUZZI
        Florida Bar No.: 159440
        e-mail: gary.guzzi@akerman.com
        GIDEON REITBLAT
        Florida Bar No.: 36388
        e-mail: gideon.reitblat@akerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of December, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  **Rosemary H. Hayes, Esq. and Carly Newman, Esq.** (rhayes@const-law.com, cnewman@const-law.com, and cstone@const-law.com), Hayes Law, PL, 830 Lucerne Terrace, Orlando, FL 32801.

    s/ Gary J. Guzzi
    Attorney