UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TMH MEDICAL SERVICES, LLC,

    Plaintiff,

v.                                          Case No. 6:17-cv-920-Orl-37DCI

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURG, PA,

    Defendant.
_____

## ORDER

Plaintiff moved for judicial review of Defendant's bill of costs. (Doc. 229 ("**Motion**").) Defendant responded. (Doc. 230.) On referral, U.S. Magistrate Judge Daniel C. Irick recommends granting the Motion in part, awarding Defendant costs in the amount of $8,178.75. (Doc. 231.)

No objections were filed, and the time for doing so has now passed. Absent objection, the Court reviewed the Report and Recommendation only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court adopts the Report and Recommendation (Doc. 231) in full.

It is **ORDERED AND ADJUDGED**:

    1.    U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 231) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. Plaintiff's Objection and Motion for Judicial Review of Defendant's Bill of Costs (Doc. 229) is **GRANTED IN PART AND DENIED IN PART:**

   a. Defendant National Union Fire Insurance Company of Pittsburg, PA is **AWARDED** $8,178.75 in costs.

   b. In all other respects, the Motion is **DENIED.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 8, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record